# UNITED STATES DISTRICT COURT
## District of Minnesota

Stalin Fernando Coque Tutasi,

Petitioner,

v.

Pamela Bondi, Kristi Noem, U.S. Department of Homeland Security, Todd M. Lyons, U.S. Immigration and Customs Enforcement, David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-247 (LMP/LIB)

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Court **DECLARES** that Stalin Fernando C. T. is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226.
2. The Government is ordered to provide Stalin Fernando C. T. with a bond redetermination hearing under 8 U.S.C. § 1226(a) on the merits of his release no later than January 27, 2026.
3. If the Government does not provide Stalin Fernando C. T. with a bond redetermination hearing as required by this Order, he must be immediately released from detention.
4. No later than January 28, 2026, the Government shall provide the Court with a status

update concerning the results of any bond hearing conducted pursuant to this Order, or if no bond hearing was held, advise the Court regarding Stalin Fernando C. T.'s release.

Date: 1/20/2026

KATE M. FOGARTY, CLERK